**STATE of Missouri, Respondent,**

v.

**Kevin BROMWELL, Appellant.**

**Kevin BROMWELL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. 60960, 64833.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Nov. 8, 1994.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Dec. 14, 1994.

Application to Transfer Denied
Jan. 24, 1995.

Dorothy M. Hirzy, Clayton, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMITH, P.J., and PUDLOWSKI and WHITE, JJ.

*ORDER*

**PER CURIAM.**

A jury convicted defendant of second degree murder, first degree arson and first degree burglary. Defendant appeals the judgment entered on these convictions. Defendant also appeals the denial, after an evidentiary hearing, of his Rule 29.15 motion. No jurisprudential purpose would be served by a written opinion. The judgments are affirmed in accordance with Rules 30.25(b) and 84.16(b).